# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GLOBETECTRUST LLC**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**VERIZON COMMUNICATIONS INC.;**<br>**VERIZON SERVICES CORP.;**<br>**VERIZON CORPORATE RESOURCES**<br>**GROUP, LLC;**<br>**3M COMPANY; AND**<br>**CORNING INCORPORATED**<br><br>      **Defendants.** | **Civil Action No. _____**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff GlobeTecTrust LLC, files this complaint for patent infringement against Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group, LLC (together, "Verizon"), 3M Company ("3M"), and Corning Incorporated ("Corning") (collectively, "Defendants"):

## THE PARTIES

1. Plaintiff GlobeTecTrust LLC ("GlobeTecTrust") is a Delaware limited liability company with its principal place of business located at GlobeTecTrust LLC, c/o Wilmington Trust SP Services, Inc., 1105 North Market Street, Suite 1300, Wilmington, DE 19801.

2. On information and belief, Defendant Verizon is a Delaware corporation with its principal place of business located at 140 West Street, New York, New York 10007.

3. On information and belief, Defendant Verizon Services Corp. is a Delaware corporation with a principal place of business at 1320 North Court House Road, Arlington, Virginia 22201. Defendant Verizon Services Corp. is affiliated with Verizon Communications, Inc. and has involvement with or responsibilities for Verizon's FiOS fiber optic systems within the overall Verizon corporate structure.

4. On information and belief, Defendant Verizon Corporate Resources Group, LLC is a Delaware limited liability company with a principal place of business at One Verizon Way, Basking Ridge, New Jersey 07920. Defendant Verizon Corporate Resources Group LLC is affiliated with Verizon Communications, Inc. and has involvement with or responsibilities for Verizon's FiOS fiber optic systems within the overall Verizon corporate structure.

5. On information and belief, Defendant 3M is a Delaware corporation with its principal place of business located at 3M Center, St. Paul, Minnesota 55144.

6. On information and belief, Defendant Corning is a New York corporation with its principal place of business located at One Riverfront Plaza, Corning, New York 14831.

## JURISDICTION

7. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

8. On information and belief, Defendants are subject to this Court's jurisdiction because Defendants have, upon information and belief, transacted business in the District and in the State of Delaware. Specifically, Defendants either directly and/or

through intermediaries, upon information and belief, ship, distribute, offer for sale, and/or sell (including via the provision of such services over the Internet) products and services in this District. Additionally, Defendants Verizon and 3M are corporations organized and existing under the laws of the State of Delaware. Defendants thus have, upon information and belief, minimum contacts with this District and State, has purposefully availed itself of the privileges of conducting business in this District and State, regularly conducts and solicits business within the State of Delaware, and has committed acts of patent infringement in this District and State.

9. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c), and 1400(b).

## COUNT I

### (Infringement of U.S. Patent No. 5,457,763)

10. GlobeTecTrust incorporates and realleges the allegations of paragraphs 1-7 as if fully set forth herein.

11. On October 10, 1995, the USPTO duly and legally issued U.S. Patent No. 5,457,763 (the "'763 patent"), entitled "Optical Fiber Splice Organizer," to John Kerry, Peter L. J. Frost, and Robert A. Freeman, who assigned their rights and interests in the '763 patent to British Telecommunications Public Limited Company. A true and correct copy of the '763 patent is attached as Exhibit A.

12. GlobeTecTrust is the exclusive licensee of the '763 patent and has the legal right to enforce rights under the '763 patent, sue for infringement, and seek all available relief and damages.

13.   Upon information and belief, 3M is infringing (literally and/or under the doctrine of equivalents) the '763 patent in this District and throughout the United States by, among other things, making, using, importing, offering for sale and/or selling an optical cable apparatus claimed in the '763 patent, including the BPEO Fibre Optic Closure and BPEO Evolution products.

14.   Upon information and belief, Corning is infringing (literally and/or under the doctrine of equivalents) the '763 patent in this District and throughout the United States by, among other things, making, using, importing, offering for sale and/or selling an optical cable apparatus claimed in the '763 patent, including the UCNCP Dome Closure with MAX – Fibre Routing System products.

15.   Upon information and belief, Verizon is infringing (literally and/or under the doctrine of equivalents) the '763 patent in this District and throughout the United States by, among other things, making, using, importing, offering for sale and/or selling an optical cable apparatus claimed in the '763 patent, including using the same products manufactured by 3M and Corning in Verizon's FiOS fiber optic systems.

16.   Defendants committed these acts of infringement without license or authorization.

17.   As a result of Defendants' infringement of the '763 patent, GlobeTecTrust has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendants' infringing activities are enjoined by this Court.

18.   GlobeTecTrust has also suffered and will continue to suffer severe and irreparable harm unless this Court issues a permanent injunction prohibiting Defendants,

their agents, servants, employees, representatives, and all others acting in active concert therewith from infringing the '763 patent.

## COUNT II

### (Infringement of U.S. Patent No. 5,588,076)

19. GlobeTecTrust incorporates and realleges the allegations of paragraphs 1-7 as if fully set forth herein.

20. On December 24, 1996, the USPTO duly and legally issued U.S. Patent No. 5,588,076 (the "'076 patent"), entitled "Optical Fibre Management System," to John Peacock, Peter L. J. Frost, and John Kerry, who assigned their rights and interests in the '076 patent to British Telecommunications Public Limited Company. A true and correct copy of the '076 patent is attached as Exhibit B.

21. GlobeTecTrust is the exclusive licensee of the '076 patent and has the legal right to enforce rights under the '076 patent, sue for infringement, and seek all available relief and damages.

22. Upon information and belief, 3M is infringing (literally and/or under the doctrine of equivalents) the '076 patent in this District and throughout the United States by, among other things, making, using, importing, offering for sale and/or selling an optical cable apparatus claimed in the '076 patent, including the BPEO Fibre Optic Closure and BPEO Evolution products.

23. Upon information and belief, Corning is infringing (literally and/or under the doctrine of equivalents) the '076 patent in this District and throughout the United States by, among other things, making, using, importing, offering for sale and/or selling

an optical cable apparatus claimed in the '076 patent, including the UCNCP Dome Closure with MAX – Fibre Routing System products.

24.     Upon information and belief, Verizon is infringing (literally and/or under the doctrine of equivalents) the '076 patent in this District and throughout the United States by, among other things, making, using, importing, offering for sale and/or selling an optical cable apparatus claimed in the '076 patent, including using the same products manufactured by 3M and Corning in Verizon's FiOS fiber optic systems.

25.     Defendants committed these acts of infringement without license or authorization.

26.     As a result of Defendants' infringement of the '076 patent, GlobeTecTrust has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendants' infringing activities are enjoined by this Court.

27.     GlobeTecTrust has also suffered and will continue to suffer severe and irreparable harm unless this Court issues a permanent injunction prohibiting Defendants, their agents, servants, employees, representatives, and all others acting in active concert therewith from infringing the '076 patent.

## DEMAND FOR JURY TRIAL

Plaintiff GlobeTecTrust, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

For the above reasons, GlobeTecTrust respectfully requests that this Court grant the following relief in favor of GlobeTecTrust and against Defendants:

(a) A judgment in favor of GlobeTecTrust that Defendants have directly infringed (either literally or under the doctrine of equivalents) one or more claims of the '763 and '076 patents ("the Asserted Patents");

(b) A permanent injunction enjoining Defendants and their officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert or participation with Defendants, from infringing the Asserted Patents;

(c) A judgment and order requiring Defendants to pay GlobeTecTrust its damages, costs, expenses, and pre-judgment and post-judgment interest for Defendants' infringement of the Asserted Patents;

(d) A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding GlobeTecTrust its reasonable attorneys' fees; and

(e) Any and all such other relief as the Court deems just and proper.

Dated: October 1, 2012

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Phone:  (302) 888-6800
kdorney@morrisjames.com

*Attorneys for Plaintiff GlobeTecTrust LLC*